

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2024

No. 04-24-00153-CV

**IN RE** Daniel **ALDERETE, JR.**, Relator

Original Proceeding[1]

**ORDER**

On February 26, 2024, relator filed a petition for a writ of mandamus. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

Relator's motion to dismiss and relator's emergency motion to dismiss or stay are DENIED as MOOT.

It is so **ORDERED** on August 14, 2024.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2024.

Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2016-CI-05227, styled *Analisa M. Alderete v. Daniel Alderete, Jr.*, in the 37th Judicial District Court, Bexar County, Texas, the Honorable Nadine Melissa Nieto presiding.